No. 08–1423. COSTCO WHOLESALE CORP. *v.* OMEGA, S. A. C. A. 9th Cir. [Certiorari granted, 559 U. S. 1066.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE

KAGAN took no part in the consideration or decision of this motion.